[No. 66120-5-I.   Division One.   November 14, 2011.]

ROGER L. SKINNER, *Appellant*, v. CIVIL SERVICE COMMISSION OF THE CITY OF MEDINA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-33267-9, Joan E. DuBuque, J., entered October 8, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 66140-0-I.   Division One.   November 14, 2011.]

JOY LYNN ANDERSON ET AL., *Plaintiffs*, v. SEATTLE SCHOOL DISTRICT NO. 1 ET AL., *Respondents*, SCOTT E. STAFNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09408-3, Laura Gene Middaugh, J., entered September 28, 2010. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 66163-9-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIKADIR A. KHALIF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-01804-4, Timothy A. Bradshaw, J., entered October 1, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 66312-7-I.   Division One.   November 14, 2011.]

GLORIA BRIGGS ET AL., *Appellants*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-10708-4, Laura C. Inveen, J., entered November 3, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J. Now published at 165 Wn. App. 286.